IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. MISSUD, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, GREG SUHR, SAN FRANCISCO MUNICIPAL TRANSPORTATION AUTHORITY, TOM NOLAN, AUTO-RETURN, JOHN WICKER, SAN FRANCISCO TRIAL COURTS, CYNTHIA LEE, XEROX SOLUTIONS, LDC COLLECTIONS, DAVID CUMMINS, and DOES 1-2000,<br><br>Defendants.<br>_____/ | No. 14-80039 WHA<br><br><br>**ORDER DISMISSING COMPLAINT AND RETURNING PAPERS** |

Plaintiff Patrick A. Missud was declared a vexatious litigant in 2012 and is currently subject to pre-filing review. *Missud v. National Rifle Association*, No. 3:13-mc-80263-WHA, 2013 U.S. Dist. LEXIS 170498, at *6 (N.D. Cal. Dec. 2, 2013); *Missud v. San Francisco Superior Court*, No. 3:12-cv-03117-WHA, 2012 U.S. Dist. LEXIS 137351, at *9-10 (N.D. Cal. Sept. 24, 2012). In July 2013, Attorney Missud was placed on involuntary inactive status with the State Bar of California, after he was charged with seven counts of professional misconduct. In October 2013, his membership in the bar of this Court was suspended. *In The Matter of*

*Patrick Alexandre Missud - # 219614*, No. 3:13-mc-80182-WHA, Dkt. No. 3 (N.D. Cal. Oct. 2, 2013).

On February 10, the Clerk received a putative class action complaint pursuant to 42 U.S.C. 1983 against the State of California, City and County of San Francisco, San Francisco Police Department, "Auto-Return," "San Francisco Trial Courts," "Xerox Solutions," and other miscellaneous defendants. Generally, Attorney Missud alleges that defendants engaged in an "illegal City-sponsored revenue generating scheme." After reviewing the complaint, this order finds it to be frivolous. This is yet another filing in plaintiff's personal campaign to waste the time and expense of the courts. The Clerk is ordered to return the complaint to plaintiff; it shall not be filed.

A December 2013 order fined Attorney Missud $100 for violation of FRCP 11 and the September 2012 order. It has come to the attention of the undersigned judge that Attorney Missud has yet to pay this fine. Attorney Missud should please pay the $100 fine before submitting documents to the Court.

**IT IS SO ORDERED.**

Dated: February 11, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2