UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**PATRICK A. MISSUD**,

    Plaintiff,

v.

**CITY AND COUNTY OF SAN FRANCISCO, ET AL.**,

    Defendants.

Case No. 15-cv-04693-YGR

**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED**

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable William Alsup to consider whether it is related to *Missud v. State of California, et al.*, Case No. 14-MC-80039-WHA.

**IT IS SO ORDERED.**

Dated: October 27, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: Hon. William Alsup